UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:24-cv-80485-AMC

**NELSON FERNANDEZ**,

      Plaintiff,

vs.

**FOR EYES OPTICAL COMPANY,**
**a foreign for-profit corporation,**

      Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff NELSON FERNANDEZ ("Plaintiff") and Defendant FOR EYES OPTICAL COMPANY ("Defendant"), through their respective undersigned counsel, pursuant to Local Rule 16.4, hereby provide notice that the parties have reached a settlement and will be executing necessary paperwork resolving all claims and matters in the case. Accordingly, the parties respectfully request that the Court provide the parties thirty (30) days to finalize their settlement agreement and for Plaintiff to file the necessary dismissal document(s).

      Respectfully submitted,

**RODERICK V. HANNAH, ESQ., P.A.**
Counsel for Plaintiff
8751 W. Broward Blvd., Suite 303
Plantation, FL 33324
T. 954/362-3800
954/362-3779 (Facsimile)
Email:  rhannah@rhannahlaw.com

By____*s/ Roderick V. Hannah*____
     RODERICK V. HANNAH
     Fla. Bar No. 435384

**LAW OFFICE OF PELAYO**
**DURAN, P.A.**
Co-Counsel for Plaintiff
4640 N.W. 7th Street
Miami, FL 33126-2309
T. 305/266-9780
305/269-8311 (Facsimile)
Email:duranandassociates@gmail.com

By ___*s/ Pelayo M. Duran*_____
     PELAYO M. DURAN
     Fla. Bar No. 0146595

2

**MORGAN, LEWIS & BOCKIUS LLP**
Counsel for Defendant
600 Brickell Avenue, Suite 1600
Miami, FL  33131-3075
(305) 415-3308
Beth.joseph@morganlewis.com

By ___*/s Beth S. Joseph*_____ _____
      BETH S. JOSEPH
      Fla. Bar No. 0062952
      SABRINA D. NIEWIALKOUSKI
      Fla. Bar No. 0123630